# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| MATTHEW GODSEY, etc., et al. | : | |
| Plaintiffs, | : | Case No. 3:19cv107 |
| | | Judge Thomas M. Rose |
| v. | : | |
| AIRSTREAM, INC. | : | |
| Defendant. | : | |

## ORDER

The above captioned matter is hereby TRANSFERRED from the docket of the Honorable Thomas M. Rose to the Honorable Walter H. Rice.

IT IS SO ORDERED.

April 29, 2019

THOMAS M. ROSE, JUDGE
UNITED STATES DISTRICT COURT