IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

MATTHEW GODSEY, *et al.*, :
    Plaintiffs, :
                                    Case No. 3:19-CV-107
v. :
                                    JUDGE WALTER H. RICE
AIRSTREAM, INC.,
    Defendant. :

## ORDER EXTENDING DEADLINE FOR RESPONSE AND REPLY BRIEFS

On oral motion of Defendant's counsel, the Court extends the deadline for filing a response to Plaintiffs' Pre-Discovery Motion for Conditional Class Certification and Court-Supervised Notice to Potential Opt-In Plaintiffs, Doc. #15, until close of business on July 19, 2019. Plaintiffs' reply shall be filed no later than close of business on July 26, 2019.

Date: July 11, 2019

                                             WALTER H. RICE
                                             UNITED STATES DISTRICT JUDGE