IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

MATTHEW GODSEY, *et al.*, on behalf of themselves and others similarly situated,

    Plaintiffs,

v.

AIRSTREAM, INC.,

    Defendant.

:
:
:
:
:

Case No. 3:19-cv-107

JUDGE WALTER H. RICE

---

ORDER LIFTING STAY

---

Having been informed that the mediation held on January 17, 2020, was unsuccessful, the court LIFTS the stay previously imposed on October 7, 2019, Doc. #19.

Date: January 31, 2020

_____
WALTER H. RICE
UNITED STATES DISTRICT JUDGE