IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

MATTHEW GODSEY, et al., :

    Plaintiffs,

v. : Case No. 3:19-cv-107

AIRSTREAM, INC., : JUDGE WALTER H. RICE

    Defendant. :

---

DECISION AND ENTRY SUSTAINING JOINT MOTION TO STAY ALL PROCEEDINGS FOR 30 DAYS (DOC. #30); OVERRULING WITHOUT PREJUDICE TO REFILING PLAINTIFFS' COMBINED MOTION TO STAY THE ISSUANCE OF COURT-SUPERVISED NOTICE PURSUANT TO § 216(b) AND MOTION FOR AN EXTENSION OF TIME TO CONFER REGARDING NOTICE (DOC. #28), AND JOINT MOTION TO STAY NOTICE OF COLLECTIVE ACTION (DOC. #29)

---

For good cause shown, the Court SUSTAINS the parties' Joint Motion to Stay All Proceedings for 30 Days, Doc. #30, so that the parties can continue their settlement negotiations.

The Court OVERRULES the following motions WITHOUT PREJUDICE to refiling after the conference call to be held on April 3, 2020, at 5:00, if the parties are unable to reach a settlement:

- Plaintiffs' Combined Motion to Stay the Issuance of Court-Supervised Notice Pursuant to § 216(B) and Motion for an Extension of Time to Confer Regarding Notice (Doc. #28); and
- Joint Motion to Stay Notice of Collective Action (Doc. #29)

Date: March 13, 2020

_____
WALTER H. RICE
UNITED STATES DISTRICT JUDGE