IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

|  |  |  |
|---|---|---|
| MARK SATTERLY, *et al.*, | * | |
|  | * | CASE NO. 3:19-CV-32 |
| Plaintiffs, | * | |
|  | * | JUDGE WALTER H. RICE |
| v. | * | |
| AIRSTREAM, INC., | * | |
|  | * | |
| Defendant. | * | |

---

|  |  |  |
|---|---|---|
|  | * | |
| MATTHEW GODSEY, *et al.*, | * | |
|  | * | CASE NO. 3:19-CV-107 |
| Plaintiffs, | * | |
|  | * | JUDGE WALTER H. RICE |
| v. | * | |
| AIRSTREAM, INC., | * | |
|  | * | |
| Defendant. | * | |

### STIPULATED ORDER CONSOLIDATING CASES, LIFTING STAY, AND RENDERING MOOT ALL PENDING MOTIONS

Upon the joint motion of the Parties and for good cause shown, it is hereby **ORDERED** that the Cases of *Satterly, et al., v. Airstream, Inc.* (3:19-CV-32) and *Godsey, et al., v. Airstream, Inc.* (3:19-CV-107) are consolidated pursuant to Federal Rule of Civil Procedure 42. Civil Action No. 3:19-CV-32 shall be designated as the lead case, and the consolidated matter shall proceed under that styling.

Given the Parties' joint representation that they have settled both of the consolidated cases, it is further **ORDERED** that these cases are no longer stayed and that all motions associated with the consolidated cases pending as of the date of this Order are deemed moot and, as a result, denied.

STIPULATED & AGREED TO:

DINSMORE & SHOHL LLP

/s/ Glen R. McMurry
Karen S. Hockstad (0061308)
Andrew S. Good (0088653)
Glen R. McMurry (0082600)
karen.hockstad@dinsmore.com
glen.mcmurry@dinsmore.com
andrew.good@dinsmore.com
191 W. Nationwide Blvd., Suite 300
Columbus, Ohio 43215
P. 614.628.6880
F. 614.628.6890

*Attorneys for Defendant Airstream, Inc.*

/s Matthew J.P. Coffman
Matthew J.P. Coffman (0085586)
**COFFMAN LEGAL, LLC**
1550 Old Henderson Road
Suite 126
Columbus, Ohio 43220
Phone: 614-949-1181
Fax: 614-386-9964
Email: mcoffman@mcoffmanlegal.com

/s/ Daniel I. Bryant
Daniel I. Bryant (0090859)
**BRYANT LEGAL, LLC**
1550 Old Henderson Road
Suite 126
Columbus, Ohio 43220
Phone: 614-704-0546
Fax: 614-573-9826
Email: dbryant@bryantlegalllc.com

/s/ Walter H. Rice (tp - per Judge Rice authorization after his review)
Judge Walter H. Rice
United States District Court

*Attorneys for Named Plaintiffs and those similarly situated*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and accurate copy of the foregoing was electronically filed with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all counsel of record, on March 27, 2020.

/s/ Glen R. McMurry
Glen R. McMurry