IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| MATTHEW GODSEY, et al. | : | |
| Plaintiffs, | : | Case No. 3:19cv107 |
| - vs - | : | |
| | | Judge Walter H. Rice |
| AIRSTREAM, INC. | | |
| | : | |
| Defendant. | | |

**ORDER**

It is hereby ordered that the above captioned cause be administratively processed.[1]

/s/ Walter H. Rice (tp - per Judge Rice authorization after his review)
 WALTER H. RICE,  JUDGE
 UNITED STATES DISTRICT COURT

---

[1] Case consolidated with 3:19cv32, and all filings from this point to be made under Case Number 3:19cv32.